1  **SAO**
   CRAIG A. HOPPE, ESQ.
2  Nevada Bar No. 254
   BELL AND YOUNG, LTD.
3  4001 Meadows Lane
   Las Vegas, Nevada 89107
4  Phone: (702) 878-2800
   Fax: (702) 878-8110
5  c_hoppe@bellandyoung.com
   Attorney for Defendant

## UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRANDON MERRICK,                      )
                                      )
            Plaintiff,                )   CASE NO.  2:09-cv-01577-RCJ-PAL
                                      )
vs.                                   )
                                      )
MET LIFE AUTO & HOME INSURANCE        )
AGENCY, INC., a Rhode Island          )
Corporation; DOES I through XX, inclusive;)
and ROE CORPORATIONS I through XX,    )
inclusive,                            )
                                      )
            Defendants.                )
_____)

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff BRANDON MERRICK and specially appearing Defendant METROPOLITAN GROUP INSURANCE COMPANY (incorrectly designated as Met Life and Auto & Home Insurance Agency, Inc.) by and through their respective counsel as follows:

1. That the above-captioned matter be dismissed with prejudice.
2. Each party to bear their own costs and attorney's fees.

. . . .

. . . .

. . . .

. . . .

U:\Hoppe\1400\1488 - MetLife File\1488-087 - Merrick v. Met Life - CAH\Stipulation and Order for Dismissal.wpd

Page 1 of  2

1     3.    That no trial date has been set in this matter.

2     DATED this 11th day of February, 2010.

3  SHOOK AND STONE            BELL AND YOUNG, LTD.

4

5  By: /s/ Leonard Stone, Esq.      By: /s/ Craig A. Hoppe, Esq.
      LEONARD STONE, ESQ.            CRAIG A. HOPPE, ESQ.
      Nevada Bar No. 5791               Nevada Bar No. 0254

6        710 So. 4th Street                  4001 Meadows Lane
      Las Vegas, Nevada 89101          Las Vegas, Nevada 89107

7        Attorney for Plaintiff                Attorney for Defendant
                                                   Metropolitan Group Insurance

8                                                     Company (incorrectly designated as
                                                   Met Life and Auto & Home

9                                                     Insurance Agency, Inc.)

10                                      **ORDER**

11    BASED UPON the Stipulation of dismissal with prejudice and the Court having reviewed

12 the stipulation and good cause appearing therefore,

13    IT IS HEREBY ORDERED that the above entitled matter be dismissed with prejudice, each

14 party to bear their own costs and attorney's fees.

15    IT IS FURTHER HEREBY ORDERED that no trial date has been set in this matter.

16    DATED this 10th day of May, 2010.
   Nunc pro tunc date: February 11, 2010

17

18                                            UNITED STATES DISTRICT JUDGE

19

20 Submitted by:

21 BELL AND YOUNG, LTD.

22

23 By: /s/ Craig A. Hoppe, Esq.
      CRAIG A. HOPPE, ESQ.
      Nevada Bar #0254

24       4001 Meadows Lane
      Las Vegas, Nevada 89107

25       Attorney for Defendant
      Metropolitan Group Insurance Company

26       (incorrectly designated as Met Life
      and Auto & Home Insurance Agency, Inc.)

27

28